UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

BRICKLAYERS AND ALLIED CRAFT-
WORKERS LOCAL 2, ALBANY, NEW
YORK PENSION FUND, *by its*
*Administrator Stephen J. O'Sick, et al.*,

                                        Plaintiffs,

     -against-                                          1:06-CV-0806 (LEK/RFT)


NORTHEAST KING CONSTRUCTION,
INC., *f/k/a* NORTHEAST CONSTRUCTION
ENTERPRISES, INC.; RANDY KING,
*Individually and as Officer of* NORTHEAST
KING CONSTRUCTION, INC.; and KIM M.
KING, *Individually and as an Officer of*
NORTHEAST KING CONSTRUCTION, INC.,

                                        Defendants.

---

**DECISION AND ORDER**

     This matter comes before the Court following a Report-Recommendation filed on November

13, 2008 by the Honorable Randolph F. Treece, United States Magistrate Judge, pursuant to 28

U.S.C. § 636(b) and L.R. 72.3 of the Northern District of New York.  Report-Rec. (Dkt. No. 46).

After ten days from the service thereof, the Clerk has sent the entire file to the undersigned,

including the objections by Defendants, which were filed on November 28, 2008.  Objections (Dkt.

No. 47).

     It is the duty of this Court to "make a de novo determination of those portions of the report

or specified proposed findings or recommendations to which objection is made."  28 U.S.C. §

636(b).  "A [district] judge... may accept, reject, or modify, in whole or in part, the findings or

recommendations made by the magistrate judge." Id.  This Court has considered the objections and

has undertaken a de novo review of the record and has determined that the Report-Recommendation

should be approved for the reasons stated therein.

    Accordingly, it is hereby

**ORDERED**, that the Report-Recommendation (Dkt. No. 9) is **APPROVED** and **ADOPTED**

in its **ENTIRETY**; and it is further

**ORDERED**, that Plaintiffs' Motion for Sanctions (Dkt. No. 42) is **GRANTED in part and**

**DENIED in part**; and it is further

**ORDERED**, that sanctions are imposed against Defendants **in the amount of $4,033.86**,

which shall be paid to Plaintiffs' Counsel; and it is further

**ORDERED**, that Plaintiffs' request for additional monies is **DENIED**; and it is further

**ORDERED**, that Plaintiffs' request to extend the time for discovery is **DENIED as moot**;

and it is further

**ORDERED**, that Defendants' Answers (Dkt. Nos. 11, 17) are **STRICKEN**; and it is further

**ORDERED**, that Plaintiffs may move for an entry of a default judgment and Defendants

shall be precluded from submitting any evidence in opposition to Plaintiffs' motion for entry of

judgment and calculation of damages; and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED:    December 15, 2008

        Albany, New York

Lawrence E. Kahn
U.S. District Judge